EDWARD F. BYRNE, Respondent, *v.* THE CITY OF SYRACUSE, Appellant.

*Byrne* v. *City of Syracuse,* 79 Hun, 555, affirmed.
(Argued December 23, 1896; decided January 19, 1897.)

APPEAL from a judgment of the General Term of the Supreme Court in the fourth judicial department, entered July 18, 1894, which affirmed a judgment in favor of plaintiff entered upon a verdict, and also affirmed an order denying a motion for a new trial.

*Charles E. Ide* for appellant.

*Daniel A. Pierce* for respondent.

Judgment affirmed, with costs; no opinion.
All concur, except MARTIN, J., not sitting.

---

ELISE HAUSSKNECHT, Respondent, *v.* HOWARD M. SMITH, Appellant.

Reported below, 11 App. Div. 185.
(Argued January 18, 1897; decided January 26, 1897.)

MOTION to dismiss an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered December 24, 1896, which affirmed a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term.

The motion was made upon the grounds that the Appellate Division had unanimously decided that the findings of fact were supported by the evidence, and that the exceptions to the reception and rejection of evidence were frivolous.

*Josiah T. Marean* for motion.

*Estes, Barnard & Tiffany* opposed.

Motion denied, with ten dollars costs.